### Albert E. Wakefield v. Sam Levin d.b.a. People's Department Store

[110 A2d 716]

Special Term at Rutland, November, 1954.

Present: **Sherburne, C. J., Jeffords, Cleary, Adams and Chase, JJ.**

Opinion Filed January 4, 1955.

*Edmunds, Austin & Wick* for the defendant.

*Black & Wilson* (*Albert W. Coffrin* on the brief) for the plaintiff.

**Cleary, J.** The plaintiff in this case is the husband of the plaintiff in the case of *Wakefield* v. *Levin*, ante p. 394 and seeks to recover from the same defendant for loss of services and expenditures claimed to have been caused by the same neg-

ligence as alleged in that case. The two cases were tried together and present the same questions here. The decision in that case is conclusive here.

*Judgment affirmed.*